IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| JANNETTE BRUNO,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONWIDE CREDIT & COLLECTION, INC.<br><br>    Defendant. | **COMPLAINT** FILED: JUNE 9, 2008<br>08CV3334<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE DENLOW<br><br>Civil Action No.<sup>TG</sup><br><br>**JURY TRIAL DEMANDED** |

---

## COMPLAINT

**I.   INTRODUCTION**

   1.   This action is brought by Plaintiff Jannette Bruno for statutory damages against Defendant Nationwide Credit & Collection, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair unfair practices, and the Illinois Workers' Compensation Act, 820 ILCS 305 et seq. (hereinafter referred to as "IWCA").

**II.   JURISDICTION**

   2.   Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202 and 735 ILCS 5/2-701. Supplemental jurisdiction for all state law claims is available pursuant to 28 U.S.C. § 1367. Venue is proper in this district as all relevant events took place here.

**III.   PARTIES**

   3.   Plaintiff Jannette Bruno is an individual who resides in Cicero, Illinois.

4. Ms. Bruno is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant Nationwide Credit & Collection, Inc. is a corporation organized under the laws of the State of Illinois located at 9919 West Roosevelt Road, Westchester, Illinois.

6. Defendant is licensed by the State of Illinois as a collection agency, License Number 017000873.

7. Defendant is engaged in the collection of debts from consumers using the mail and telephone.

8. Defendant regularly attempts to collect consumer debts alleged to be due to another.

9. Defendant was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

IV. **FACTUAL ALLEGATIONS**

10. On or about January 24, 28, and March 31, 2006, Ms. Bruno sought medical treatment and/or services from the University of Illinois Medical Center.

11. Due to the medical treatment and/or services provided by the University of Illinois Medical Center, and after applicable insurance payments, Ms. Bruno incurred charges of $20.30, $17.91, and $16.26 to University of Illinois Medical Center (hereinafter referred to collectively as "the Debt").

12. The Debt was incurred for a course of treatment at University of Illinois Medical Center spanning approximately two months.

13. Ms. Bruno did not pay the Debt because it was covered by her employer's workers' compensation insurance.

14. On or about September 11, 2006, Defendant arranged for the preparation and transmittal of a letter to Ms. Bruno at her residence in an attempt to collect $20.30 of the Debt. A copy of Defendant's September 11, 2006, correspondence to Ms. Bruno is attached hereto as <u>Exhibit A</u>.

15. On or about December 4, 2006, attorney Mark Weissburg of Horwitz, Horwitz & Associates, Ltd., mailed a letter to Defendant. A copy of the December 4, 2006, correspondence to Defendant is attached hereto as <u>Exhibit B</u>.

16. <u>Exhibit B</u> refers to "Jannette Bruno v. United Parcel Service" and "Court number: 01WC49685".

17. <u>Exhibit B</u> states,

> We represent the above named claimant in the above-captioned claim under the Illinois Workers' Compensation Act ("the Act") which is now pending before the Illinois Industrial Commission. We understand that you and/or your representatives of your office have been acting as a Collection Agency, attempting to collect a debt.
>
> Pursuant to the applicable provisions of Sections 8.2(e), (e-5), (e-10), (e-15), and (e-20) of the Act, as amended November 15, 2005, you and your agents, servants, employees, and assigns are hereby directed, effective immediately, to cease all collection procedures forthwith and to refrain from reporting our client to any credit rating agency, until further notice.
>
> Please direct any further communications to this office. Rest assured that we will endeavor to protect your lien rights, if any, under the Act.

18. On December 13, 2006, Defendant's employee "Armando" called Ms. Bruno's attorney's office, Horwitz, Horwitz & Associates, and spoke with Anna Aaker.

19. Ms. Aaker informed Armando that the charges Defendant was attempting to

collect related to Ms. Bruno's workers' compensation case and confirmed that Horwitz, Horwitz & Associates represented Ms. Bruno regarding her charges from University of Illinois Medical Center.

20. On or about August 15, 2007, Defendant arranged for the preparation and transmittal of a letter to Ms. Bruno at her residence in an attempt to collect $17.91 of the Debt. A copy of Defendant's August 15, 2007, correspondence to Ms. Bruno is attached hereto as <u>Exhibit C</u>.

21. On or about August 28, 2007, attorney Mark Weissburg of Horwitz, Horwitz & Associates, Ltd., mailed and faxed a letter to Defendant. A copy of the August 28, 2007, correspondence to Defendant is attached hereto as <u>Exhibit D</u>.

22. <u>Exhibit D</u> refers to "Jannette Bruno v. United Parcel Service" and "Court number: 01WC49685".

23. <u>Exhibit D</u> states,

> We represent the above named claimant in the above-captioned claim under the Illinois Workers' Compensation Act ("the Act") which is now pending before the Illinois Workers' Compensation Commission. We understand that you and/or your representatives of your office have been acting as a Collection Agency, attempting to collect a debt.
>
> An Application for Adjustment of Claim has been filed with the Illinois Workers' Compensation Commission to resolve a dispute over payment of the charges you are attempting to collect.
>
> Pursuant to the applicable provisions of Sections 8.2(e), (e-5), (e-10), (e-15), and (e-20) of the Act, as amended November 15, 2005, you and your agents, servants, employees, and assigns are hereby directed, effective immediately, to cease all collection procedures forthwith and to refrain from reporting our client to any credit rating agency, until further notice.

        Please direct any further communications to this office. Rest assured that we will endeavor to protect your lien rights, if any, under the Act.

24. On or about November 16, 2007, Defendant arranged for the preparation and transmittal of a letter to Ms. Bruno at her residence in an attempt to collect $16.26 of the Debt. A copy of Defendant's November 16, 2007, correspondence to Ms. Bruno is attached hereto as <u>Exhibit E</u>.

25. The Debt was incurred for personal, family, or household purposes, *i.e.*, for medical treatment and/or services.

26. The Illinois Workers' Compensation Act prohibits a creditor from attempting to collect a debt if the provider has been informed that an application has been filed with the Illinois Workers' Compensation Commission to resolve a dispute over the payment of such debt. <u>See</u> 820 ILCS 305/8.2(e-5), (e-10).

27. Only after a final award or judgment by an Arbitrator or the Illinois Workers' Compensation Commission or a settlement is agreed to may the creditor resume attempts to collect the debt. <u>See</u> 820 ILCS 305/8.2(e-20).

28. During its communications with Ms. Bruno, Defendant acted as agent of University of Illinois Medical Center.

**V.**     <u>**COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT**</u>

29. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

30. Defendant's violations of the FDCPA include, but are not limited to:

    A.     communicating with the consumer in connection with the collection of the Debt after being informed that she was represented by an attorney and

       being able to readily ascertain such attorney's name and address in violation of 15 U.S.C. § 1692c(a)(2);

   B.   using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10); and

   C.   threatening to take any action that could not legally be taken or that is not intended to be taken in violation of 15 U.S.C. § 1692e(5).

31.   As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to a declaratory judgment that Defendant's actions violate the FDCPA, as well as an award of statutory damages, costs and reasonable attorney fees.

## VI. COUNT TWO – ILLINOIS WORKERS' COMPENSATION ACT

32.   Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

33.   Defendant's violations of the IWCA include, but are not limited to, failing to cease any and all efforts to collect payment for the services that are the subject of the dispute after being informed that there is an application filed with the Illinois Workers' Compensation Commission to resolve a dispute over payment of such charges in violation of 820 ILCS 305/8.2(e-5) and (e-10).

34.   As a result of Defendant's violations of the IWCA, Plaintiff is entitled to

   A.   a declaratory judgment that Defendant's actions violate the IWCA;

   B.   a permanent injunction that enjoins Defendant from "any and all efforts to collect payments for the services that are the subject of the dispute," where such efforts are not in compliance with the IWCA (820 ILCS 305/8.2(e-5), (e-10), and (e-15)) until "a final award or judgment by an Arbitrator or the Illinois Workers' Compensation Commission, or a settlement agreed to by the employer and the employee." See 820 ILCS 305/8.2(e-20); and

      C.      a permanent injunction that enjoins Defendant from reporting the Debt, or any portion thereof, to any credit reporting agency (820 ILCS 305/8.2(e-15), until "a final award or judgment by an Arbitrator or the Illinois Workers' Compensation Commission, or a settlement agreed to by the employer and the employee." See 820 ILCS 305/8.2(e-20).

## VII. REQUEST FOR RELIEF

WHEREFORE, Plaintiff Jannette Bruno requests that judgment be entered in her favor against Defendant Nationwide Credit & Collection, Inc. for:

      A.      A declaratory judgment that Defendant's actions violate the FDCPA and IWCA;

      B.      A permanent injunction enjoining Defendant from any and all collection efforts until resolution of Ms. Bruno's workers' compensation matter;

      C.      A permanent injunction enjoining Defendant from reporting the Debt, or any portion thereof, to any credit reporting agency until resolution of Ms. Bruno's workers' compensation matter;

      D.      Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

      E.      Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

and

      F.      For such other relief as the Court may find to be just and proper.

## VIII. JURY DEMAND

Plaintiff Jannette Bruno hereby demands that this case be tried before a Jury.

       s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822;
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF JANNETTE BRUNO

# EXHIBIT A

# Nationwide
# Credit & Collection, Inc.

Date: September 11, 2006

JANNETTE BRUNO
1327 S 61ST AVENUE
1ST FL
CICERO IL 60804

Patient Name: JANNETTE BRUNO
NCC Acct #: 010828003443
Client ID #: 0764276080414
Date of Service: 01-28-06

**Amount Due: $ 20.30**

If you have more than one account with the creditor named below, you will receive a separate letter for each account with an open balance.

**Your past due account with UNIVERSITY OF ILL MED CTR@CHGO has been referred to this office for collection.** In many instances this type of account may be covered by Blue Cross, Private Insurance, PPO, HMO, Medicare or Medicaid, etc.

If any of these apply to you, please complete the form below or call our office at **708-786-3313**. This will provide us with the information needed to submit a claim for the type of insurance or third party coverage you may have. We will follow up with the insurance company and work on your behalf to have the bill paid to the maximum allowed amount based on your coverage.

If you do not have insurance coverage, please call us to set up a payment arrangement. If payment has already been made, please disregard this notice.

NAME OF INSURED _____

SOCIAL SECURITY # _____ DATE OF BIRTH _____

YOUR TELEPHONE # (____) _____

INSURANCE COMPANY _____ INS CO PHONE _____

GROUP # _____ POLICY # _____

CASE ID # _____ RECIPIENT # _____

MEDICARE # _____

EMPLOYER NAME _____ EMP PHONE _____

EMPLOYER ADDRESS _____

In order for your payment to be properly credited to your account, please send payment directly to our office in the enclosed envelope. If you have sent payment to the client, please notify our office either by phone, fax or mail and provide us with the following information:

Date Paid, Amount Paid, Check or Money Order Number or a Copy of your E.O.B. (Explanation of Benefits) from your Insurance Company.

NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
(FDCP ACT) (15 USCA 1692)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. We will assume this debt to be valid unless you dispute the validity of all or any part of it within 30 days of receipt of this letter. If you notify us, in writing that you dispute all or a portion of this debt, we will obtain and send you verification of the debt, or a copy of the debt, or a copy of a judgement. Upon written request within 30 days after receipt of this notice, we will provide you with the name and address of the original creditor of services if different from the creditor named above.

1919 __ Road  Westchester, Illinois 60154  (708) 786-3300  Fax (708) 786-3326

# E<span>XHIBIT</span> B

December 4, 2006

Nationwide Credit & Collections, Inc.
9919 Roosevelt Road
Westchester, IL 60154


   RE:     **JANETTE BRUNO v. UNITED PARCEL SERVICE**
              D/a:                      November 30, 2000
              Our file number:       15052
              Court number:         01WC49685

      Your account number: 010828003443

To Whom It May Concern:

We represent the above named claimant in the above-captioned claim under the Illinois Workers' Compensation Act ("the Act") which is now pending before the Illinois Industrial Commission. We understand that you and/or the representatives of your office have been acting as a Collection Agency, attempting to collect a debt.

Pursuant to the applicable provisions of Sections 8.2(e), (e-5), (e-10), (e-15) and (e-20) of the Act, as amended November 15, 2005, you and your agents, servants, employees, and assigns are hereby directed, effective immediately, to cease all collection procedures forthwith and to refrain from reporting our client to any credit rating agency, until further notice.

Please direct any further communications to this office. Rest assured that we will endeavor to protect your lien rights, if any, under the Act.


Very truly yours,

HORWITZ, HORWITZ AND ASSOCIATES, LTD.


Mark Weissburg
MW/aa

# EXHIBIT C

# Nationwide
# Credit & Collection, Inc.

Date: August 15, 2007

JANNETTE BRUNO
1327 S 61ST AVENUE
1ST FL
CICERO IL 60804

Patient Name: JANNETTE BRUNO
NCC Acct #: 010828017486
Client ID #: 0764276080413
Date of Service: 01-24-06

**Amount Due: $ 17.91**

*If you have more than one account with the creditor named below, you will receive a separate letter for each account with an open balance.*

**Your past due account with UNIVERSITY OF ILL MED CTR@CHGO has been referred to this office for collection. In many instances this type of account may be covered by Blue Cross, Private Insurance, PPO, HMO, Medicare or Medicaid, etc.**

If any of these apply to you, please complete the form below or call our office at **708-786-3300**. This will provide us with the information needed to submit a claim for the type of insurance or third party coverage you may have. We will follow up with the insurance company and work on your behalf to have the bill paid to the maximum allowed amount based on your coverage.

If you do not have insurance coverage, please call us to set up a payment arrangement. If payment has already been made, please disregard this notice.

**NAME OF INSURED** _____

**SOCIAL SECURITY #** _____ **DATE OF BIRTH** _____

**YOUR TELEPHONE # (____)** _____

**INSURANCE COMPANY** _____ **INS CO PHONE** _____

**GROUP #** _____ **POLICY #** _____

**CASE ID #** _____ **RECIPIENT #** _____

**MEDICARE #** _____

**EMPLOYER NAME** _____ **EMP PHONE** _____

**EMPLOYER ADDRESS** _____

In order for your payment to be properly credited to your account, please send payment directly to our office in the enclosed envelope. If you have sent payment to the client, please notify our office either by phone, fax or mail and provide us with the following information:

> Date Paid, Amount Paid, Check or Money Order Number or a Copy of your E.O.B. (Explanation of Benefits) from your Insurance Company.

NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
(FDCP ACT) (15 USCA 1692)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. We will assume this debt to be valid unless you dispute the validity of all or any part of it within 30 days of receipt of this letter. If you notify us, in writing that you dispute all or a portion of this debt, we will obtain and send you verification of the debt, or a copy of the debt, or a copy of a judgement. Upon written request within 30 days after receipt of this notice, we will provide you with the name and address of the original creditor of services if different from the creditor named above.

9919 Roosevelt Road   Westchester, Illinois 60154   (708) 786-3300   Fax (708) 786-3326

# EXHIBIT D

Case 1:08-cv-03334   Document 1   Filed 06/09/2008   Page 14 of 17

# HH

**HORWITZ, HORWITZ & ASSOCIATES, LTD**
*Attorneys and Counselors at Law*

August 28, 2007

Nationwide Credit & Collections, Inc.
9919 Roosevelt Road
Westchester, IL 60154

Sent by mail and fax: 708-786-3326

RE:   **Janette Bruno vs. United Parcel Service**
       D/A:  November 30, 2000
       Our File Number:  15052
       Court Number:  01WC49685

Your account number: 010828017486

To Whom It May Concern:

We represent the above named claimant in the above-captioned claim under the Illinois Workers' Compensation Act ("the Act") which is now pending before the Illinois Workers' Compensation Commission. We understand that you and/or the representatives of your office have been acting as a Collection Agency, attempting to collect a debt.

An Application for Adjustment of Claim has been filed with the Illinois Workers' Compensation Commission to resolve a dispute over payment of the charges you are attempting to collect.

Pursuant to the applicable provisions of Sections 8.2(e), (e-5), (e-10), (e-15) and (e-20) of the Act, as amended November 15, 2005, you and your agents, servants, employees, and assigns are hereby directed, effective immediately, to cease all collection procedures forthwith and to refrain from reporting our client to any credit rating agency, until further notice.

Please direct any further communications to this office. Rest assured that we will endeavor to protect your lien rights, if any, under the Act.

Very truly yours,

HORWITZ, HORWITZ, AND ASSOCIATES, LTD.

*Mark Weissburg*
Mark Weissburg
MW/aa

Clifford W. Horwitz
Mitchell W. Horwitz
Jay R. Luchsinger
Wayne L. Newman
Marc A. Perper
O. Randolph Bragg
Michael T. Wierzbicki
Mark Weissburg
Michael D. Carter
Valerie C. Barich
Craig M. Shapiro
Ari I. Telisman
Patrick G. Serowka
Michael A. Silverman
Jason B. McGary
Jeffrey L. Schlapp

Retired 1998
Andrew J. Horwitz

25 East Washington Street, Suite 900, Chicago, Illinois 60602

TELEPHONE 312-372-8822  815-723-8822  FAX 312-372-1673
WEBSITE http://www.horwitzlaw.com   E-MAIL lawyers@horwitzlaw.com

# EXHIBIT E

# Nationwide Credit & Collection, Inc.

Date: November 16, 2007

JANNETTE BRUNO
1327 S 61ST AVENUE
1ST FL
CICERO IL 60804

---

Patient Name: JANNETTE BRUNO
NCC Acct #: 010828020053
Client ID #: 0764276080416
Date of Service: 03-31-06

**Amount Due: $ 16.26**

If you have more than one account with the creditor named below, you will receive a separate letter for each account with an open balance.

---

**Your past due account with UNIVERSITY OF ILL MED CTR@CHGO has been referred to this office for collection.** In many instances this type of account may be covered by Blue Cross, Private Insurance, PPO, HMO, Medicare or Medicaid, etc.

If any of these apply to you, please complete the form below or call our office at **708-786-3300**. This will provide us with the information needed to submit a claim for the type of insurance or third party coverage you may have. We will follow up with the insurance company and work on your behalf to have the bill paid to the maximum allowed amount based on your coverage.

If you do not have insurance coverage, please call us to set up a payment arrangement. If payment has already been made, please disregard this notice.

NAME OF INSURED _____

SOCIAL SECURITY # _____ DATE OF BIRTH _____

YOUR TELEPHONE # (____) _____

INSURANCE COMPANY _____ INS CO PHONE _____

GROUP # _____ POLICY # _____

CASE ID # _____ RECIPIENT # _____

MEDICARE # _____

EMPLOYER NAME _____ EMP PHONE _____

EMPLOYER ADDRESS _____

In order for your payment to be properly credited to your account, please send payment directly to our office in the enclosed envelope. If you have sent payment to the client, please notify our office either by phone, fax or mail and provide us with the following information:

Date Paid, Amount Paid, Check or Money Order Number or a Copy of your E.O.B. (Explanation of Benefits) from your Insurance Company.

NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
(FDCP ACT) (15 USCA 1692)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. We will assume this debt to be valid unless you dispute the validity of all or any part of it within 30 days of receipt of this letter. If you notify us, in writing that you dispute all or a portion of this debt, we will obtain and send you verification of the debt, or a copy of the debt, or a copy of a judgement. Upon written request within 30 days after receipt of this notice, we will provide you with the name and address of the original creditor of services if different from the creditor named above.