UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANNETTE BRUNO, | ) |
| Plaintiff, | ) Case No.: 08 CV 3334 |
| v. | ) Judge Der-Yeghiayan |
| NATIONWIDE CREDIT & COLLECTION, INC., | ) Magistrate Judge Denlow |
| Defendant. | ) |

**AGREED MOTION FOR ENLARGEMENT OF TIME**

Defendant, Nationwide Credit & Collection, Inc. ("Nationwide") by and through its attorneys, David M. Schultz and Corinne C. Heggie, pursuant to Rule 6 for its Motion for an Enlargement of Time to file its responsive pleading to plaintiff's Complaint, states as follows:

1. On June 10, 2008, plaintiff filed a Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA") and the Illinois Workers' Compensation Act.

2. Defendant's responsive pleading is due July 3, 2008.

3. Defense counsel has just been retained in this matter and needs time to analyze the complaint, confer with their client and prepare the appropriate response. Defense counsel is filing an appearance with this motion.

4. Defense counsel will be out of town from July 2, 2008 until July 6, 2008 for the Fourth of July holiday.

5. Additionally, defense counsel has responsive pleadings due in *Chinita Washington, et al. v. RJM Acquisitions*, 08cv2525 (J. Aspen) on July 14, 2008, *Cynthia Schwartz v. Atlantic Credit,* 08cv2820 (J. Dow) on July 15, 2008, *Maria Raygoza v. First Resolution,*

08cv2891 (J. Moran) on July 18, 2008 and *Aspan v. Hudson Keyse, LLC*, 08cv2891 (J. Hart) on July 23, 2008.. Counsel also has a pre-trial order due on July 22, 2008 in the case of *Ramirez v. Palisades Collection, LLC* , 07cv3840 (J. Conlon).

6. On June 30, 2008, defense counsel e-mailed and called counsel for the plaintiff regarding the relief requested herein. Counsel for the plaintiff did not respond to the e-mail or phone call at the time defense counsel e-filed this motion.

7. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

WHEREFORE, Defendant, Nationwide Credit & Collection, Inc., respectfully, requests that this Court grant it additional time, up to and including July 28, 2008, to file its responsive pleading to plaintiff's Complaint.

Respectfully Submitted,

 s/Corinne C. Heggie
One of the attorneys for defendant,
**Nationwide Credit & Collection, Inc**.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000