# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANNETTE BRUNO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONWIDE CREDIT & COLLECTION, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 08 CV 3334 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Denlow |

## NOTICE OF MOTION

To:   Craig M. Shapiro
      Horwitz, Horwitz & Associates, Ltd.
      25 E. Washington St., Suite 900
      Chicago, Illinois 60602
      craig@horwitzlaw.com

PLEASE TAKE NOTICE that on the 3rd day of July, 2008 at 9:00 A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any Judge sitting in his stead in Courtroom 1903 of the Dirksen Federal Building, and shall then and there present **Defendant's Agreed Motion for Enlargement of Time,** a copy of which is hereby served upon you.

                                            Respectfully Submitted,

                                             s/Corinne C. Heggie
                                            One of the attorneys for defendant,
                                            **Nationwide Credit & Collection, Inc**.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6335748v1 889930