# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANNETTE BRUNO, | ) |
| Plaintiff, | ) Case No.: 08 CV 3334 |
| v. | ) Judge Der-Yeghiayan |
| NATIONWIDE CREDIT & COLLECTION, INC., | ) Magistrate Judge Denlow |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on **June 30, 2008** I served the above and foregoing **Agreed Motion for Enlargement of Time and Notice of Motion** via electronic mail to the following:

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E. Washington Street
Suite 900
Chicago, Illinois 60602
craig@horwitzlaw.com

    Respectfully submitted,
    By:/s/Corinne C. Heggie
    One of the Attorneys for Defendant,
    **Nationwide Credit & Collection, Inc.**

David M. Schultz
Jennifer W. Weller
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 No. LaSalle St., Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
(312) 704-3001 (f)

6335758v2 889930