# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Jannette Bruno,
Plaintiff

vs.

Nationwide Credit & Collection, Inc.,
Defendant.

Case No.: 08 CV 3334

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Nationwide Credit & Collection, Inc.

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6197596 | 312/704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on **July 2, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                            HINSHAW & CULBERTSON LLP

David M. Schultz                       s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP       David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com

6336574v1 889930