**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jannette Bruno

                          Plaintiff,

v.                                           Case No.: 1:08−cv−03334
                                           Honorable Samuel Der−Yeghiayan

Nationwide Credit & Collection, Inc.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Counsel for the parties advised this Court's Courtroom Deputy that the parties have reached a settlement and are finalizing settlement documents. Status hearing reset to 08/21/08 at 9:00 a.m. Status hearing set for 08/05/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.