IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| JANNETTE BRUNO, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiffs, | |
| | Case No. 08-cv-3334 |
| v. | |
| | **Judge Der-Yeghiayan** |
| NATIONWIDE CREDIT & COLLECTION, INC. | |
| | **Magistrate Judge Denlow** |
| Defendant. | |

---

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jannette Bruno hereby dismisses Defendant Nationwide Credit & Collection, Inc. with prejudice and states the following in support:

1. Plaintiff filed her Complaint on June 9, 2008. (Docket # 1).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Plaintiff Jannette Bruno hereby dismisses Defendant Nationwide Credit & Collection, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

August 8, 2008          s/ Craig M. Shapiro
                        Craig M. Shapiro
                        O. Randolph Bragg
                        HORWITZ, HORWITZ & ASSOCIATES, LTD..
                        25 East Washington Street Suite 900
                        Chicago, Illinois 60602
                        (312) 372-8822; (312) 372-1673  (Facsimile)

                        ATTORNEYS FOR PLAINTIFF JANNETTE BRUNO