# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3334 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Jannette Bruno vs. Nationwide Credit & Collection, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's notice of voluntary dismissal [15] filed on 08/08/08, Defendant Nationwide Credit & Collection, Inc. is hereby dismissed with prejudice.  The instant action is hereby dismissed with prejudice with each party to bear its own costs and fees.  All pending dates and motions are hereby stricken as moot.  Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|